UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David A. Laskowski,

    Plaintiff,

v.                                                      Case No. 09-11939

Commissioner of Social Security,           Honorable Sean F. Cox

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Plaintiff brought this action challenging a final decision of Defendant Commissioner denying his application for Supplemental Security Income. Thereafter, both parties filed cross-motions for summary judgment, which were referred to Magistrate Judge Mona Majzoub pursuant to 28 U.S.C. §636. On June 29, 2010, Magistrate Judge Majzoub issued her R&R which recommends that Plaintiff's Motion for Summary Judgment be denied. It further recommends that Defendant's Motion for Summary Judgment be granted.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that Plaintiff has filed no objections to the R&R.

The Court hereby ADOPTS the June 29, 2010 R&R in its entirety. IT IS ORDERED that

1

Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED. IT IS FURTHER ORDERED that Plaintiff's Complaint be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: July 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 21, 2010, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager